Matter of Goolsarran (2025 NY Slip Op 00265)

Matter of Goolsarran

2025 NY Slip Op 00265

Decided on January 16, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 16, 2025

PM-17-25
[*1]In the Matter of Jaipersaud Goolsarran, an Attorney. (Attorney Registration No. 2492460.)

Calendar Date:January 13, 2025

Before:Garry, P.J., Clark, Aarons, Ceresia and Mackey, JJ.

Jaipersaud Goolsarran, Jersey City, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Jaipersaud Goolsarran was admitted to practice by this Court in 1992 and lists a business address in Queens County with the Office of Court Administration. Goolsarran now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney.
As is noted by AGC, Goolsarran is presently delinquent in his New York attorney registration requirements, having failed to register for the most recent biennial period beginning in 2024 (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1). Inasmuch as Goolsarran is therefore subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), he is ineligible for nondisciplinary resignation and his application must be denied (see Matter of Cluff, 148 AD3d 1346, 1346 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]). Further, any future application by Goolsarran must be supported by proof of his full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [3d Dept 2017]).
Garry, P.J., Clark, Aarons, Ceresia and Mackey, JJ., concur.
ORDERED that Jaipersaud Goolsarran's application for permission to resign is denied.